Case 3:25-cv-00231-JWD-RLB    Document 1    Date Filed 01/14/2026    Page 1 of 3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| NETCHOICE, | |
| PLAINTIFF, | |
| v. | Civil Action No. 3:25-cv-231 |
| LIZ MURRILL, et al., | Judge: JWD - RLB |
| DEFENDANTS. | |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a), Defendants Attorney General Liz Murrill and Director Mike Dupree hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's December 15, 2025, Ruling and Order and Judgement (ECF Nos. 78, 79) on Defendants' Motion for Summary Judgment (ECF No. 58) and Plaintiff's Motion for Summary Judgment (ECF No. 57), denying Defendants' Motion for Summary Judgment and granting Plaintiff's Motion for Summary Judgment, and all earlier orders subsumed within the summary judgment ruling.

1

Dated: January 13, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

_/s/ Zachary Faircloth_
ZACHARY FAIRCLOTH (La #39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov

_/s/ James M. Garner_
JAMES M. GARNER (La #19589)
JOSHUA S. FORCE (La #21975)
JEFFREY D. KESSLER (La #30156)
SOPHIE R. TROSCLAIR (La #40979)
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
  Special Assistant Attorneys General
909 Poydras Street, 28th Floor
New Orleans, LA 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
JGarner@shergarner.com
JForce@shergarner.com
JKessler@shergarner.com
STrosclair@shergarner.com

_Counsel for Defendants_

Case 2:26-cv-00161-JW Document 1 Document 1 Filed 01/14/26 Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Zachary Faircloth*
Zachary Faircloth (La #39875)