# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 25, 2026

Mr. Corbin Barthold
TechFreedom
1500 K Street
Washington, DC 20005

Mr. Robert Edward Dunn
Eimer Stahl, L.L.P.
1999 S. Bascom Avenue
Suite 1025
Campbell, CA 95008

Ms. Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Catherine R. Gellis
3020 Bridgeway
Suite 247
Sausalito, CA 94965

Mr. Gautam Hans
Cornell University
School of Law
110 Myron Taylor Hall
Ithaca, NY 14853-4901

Mr. Scott A. Keller
Lehotsky Keller Cohn, L.L.P.
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Mrs. Christine Kimberly Pratt
Florida Attorney General's Office
107 W. Gaines Street
Tallahassee, FL 32399

    No. 26-30016    Netchoice v. Murrill
                    USDC No. 3:25-CV-231

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from the sufficient brief/record excerpts event** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Olivia G. Andry, Deputy Clerk

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Joshua Simon Force
    Mr. James M. Garner
    Ms. Claire Elizabeth Juneau
    Mr. Jeffrey Darren Kessler
    Mr. Jeremy Evan Maltz
    Mr. Nathaniel Kenneth Wackman